**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG FAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY, et al.,<br><br>　　　　Respondent. | NO. EDCV 17-2124-JFW (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:　　March 9, 2018

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE